NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NUCURRENT, INC.,**
*Appellant*

**v.**

**SAMSUNG ELECTRONICS CO., LTD.,**
*Appellee*

---

2021-1840, 2021-1841, 2021-1842, 2021-1843, 2021-1844, 2021-1845

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2019-00858, IPR2019-00859, IPR2019-00860, IPR2019-00861, IPR2019-00862, IPR2019-00863.

---

## JUDGMENT

---

WILLIAM MILLIKEN, Sterne Kessler Goldstein & Fox, PLLC, Washington, DC, argued for appellant.  Also represented by MICHAEL BRADLEY RAY, JONATHAN TUMINARO, JON WRIGHT.

NAVEEN MODI, Paul Hastings LLP, Washington, DC, argued for appellee.  Also represented by CHETAN BANSAL, STEPHEN BLAKE KINNAIRD, JEFFREY PADE, JOSEPH PALYS,

ALLAN SOOBERT, IGOR VICTOR TIMOFEYEV; PAUL ANDERSON, Houston, TX.

———————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, STOLL, and STARK, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

July 14, 2022
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court